UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>   BARBARA SALVO LORD<br>       DEBTOR. | CASE NO: 12-70205-CMS13<br>CHAPTER 13 |
| BANK OF AMERICA N.A.<br>7105 CORPORATE DRIVE<br>PLANO, TX 75024 | Claim Amount    $1,706.84<br>Date Filed    September 21, 2012<br>Claim #    015A |

## TRUSTEE'S OBJECTION TO CLAIM

     Comes now C. David Cottingham, Standing Trustee, and objects to the above claim and assigns the following ground:

     Said claim does not appear to be an additional claim but should be allowed to replace Claim #014 filed by the Debtor's Attorney on June 4, 2012.

This the 25th day of September, 2012.        /s/ C. David Cottingham
                                                                    C. David Cottingham, Standing Trustee

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above Objection upon the Attorney for the Debtor, Debtor, and the following parties by mailing a copy of the same with adequate postage thereon or by electronic means when available:

BARBARA SALVO LORD, 108 31ST ST, TUSCALOOSA, AL 35405

CAMRON LAW, ROD CAMERON SHIRLEY, 2330 UNIVERSITY BLVD STE 314, TUSCALOOSA, AL 35401

BANK OF AMERICA N,A., 7105 CORPORATE DRIVE, PLANO, TX 75024

This the 25th day of September, 2012.        /s/ C. David Cottingham
                                                                    C. David Cottingham, Standing Trustee