UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | CASE NO: | 12-70205-CMS13 |
| BARBARA SALVO LORD | CHAPTER 13 | |
| DEBTOR. | | |
| CITIMORTGAGE INC. | Claim Amount | $87,642.18 |
| P O BOX 6030 | Date Filed | March 4, 2013 |
| SIOUX FALLS, SD 57117-6030 | Claim # | 016 |

## TRUSTEE'S OBJECTION TO CLAIM

Comes now C. David Cottingham, Standing Trustee, and objects to the above claim and assigns the following ground:

Said claim does not appear to be an additional claim but should be allowed to replace claim 13 filed by the debtor's attorney on June 4, 2012.

This the 5th day of March, 2013.    /s/ C. David Cottingham
                                     C. David Cottingham, Standing Trustee

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above Objection upon the Attorney for the Debtor, Debtor, and the following parties by mailing a copy of the same with adequate postage thereon or by electronic means when available:

BARBARA SALVO LORD, 108 31ST ST, TUSCALOOSA, AL 35405
CAMRON LAW, ROD CAMERON SHIRLEY, 1305 GREENSBORO AVE, TUSCALOOSA, AL 35401-2840
CITIMORTGAGE INC., P O BOX 6030, SIOUX FALLS, SD 57117-6030

This the 5th day of March, 2013.    /s/ C. David Cottingham
                                     C. David Cottingham, Standing Trustee

CDC/dj